IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | §` | |
| **VS.** | § | **CRIMINAL NO.: 4:22-CR-00153** |
| | § | |
| **LISA LATRICE BROWN, et al.** | § | |

<u>**UNOPPOSED JOINT MOTION FOR CONTINUANCE**</u>

**TO THE HONORABLE JUDGE KEITH P. ELLISON:**

**COMES NOW, LISA LATRICE BROWN and MICHAEL BILL,** by and through their Attorneys' of Record, and file this their Unopposed Joint Motion for Continuance as to these Defendants, in the above-entitled and numbered cause, for the following reasons, as to-wit:

Defendants have been charged, individually, collectively and severally, in violation of the following: Title 18, United States Code, §§ 1029(b)(2) and (a)(2), conspiracy to commit access device fraud; Title 18, United States Code, §§ 1349 and 1343, conspiracy to commit wire fraud; Title 18, United States Code, §§ 1349 and 1344(1) and (2), conspiracy to commit bank fraud; Title 18, United States Code, §§ 1956(h) and 1956(a)(1)(B)(i), conspiracy to launder monetary instruments.

The Pre-trial Conference is scheduled for September 11, 2024 at 10:30a., and the Jury Trial is set for September 16, 2024 at 9:00a.

I.

Attorneys' for the Defendants request a continuance as to the Pre-Trial Conference and Jury Trial dates in this matter, due to the complexity of the case, continuing the

review of the voluminous discovery materials, and the singular discussions that are and/or will be conducted by the Government with Defendants which could prevent this case from going to trial.

II.

Defendants request at least a 90-day continuance of the Pre-Trial Conference and Jury Trial.

The Government is unopposed to this continuance.

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully request that this Unopposed Joint Motion for Continuance be GRANTED, and that it be reset.

Respectfully Submitted,

 /s/ Robert A. Jones
**ROBERT A. JONES**
4101 Greenbriar Dr., Suite 210
Houston, TX  77098
713.526.1171
rajoneslaw@aol.com
Fed Bar No. 12692

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Unopposed Joint Motion for Continuance was served upon AUSA Adam Laurence Goldman via electronic mail.

/s/ Robert A. Jones
**ROBERT A. JONES**

## CERTIFICATE OF CONFERENCE

Counsel has been in contact with AUSA Adam Laurence Goldman and he is unopposed to this motion.

/s/ Robert A. Jones
**ROBERT A. JONES**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:22-CR-00153** |
| | § | |
| **LISA LATRICE BROWN, et al.** | § | |

## ORDER

It is hereby **ORDERED** that the Unopposed Joint Motion for Continuance is hereby:

_____        **GRANTED**

_____        **DENIED**

SIGNED ON: _____

_____
**JUDGE KEITH P. ELLISON**